## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:04CR402 |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH N. SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Carlos A. Monzón for leave to withdraw as counsel for the defendant [42]. The record shows that David R. Stickman has entered his appearance as substitute counsel.

**IT THEREFORE IS ORDERED** that the Motion to Withdraw [60] is granted. The Clerk shall terminate the appearance of Carlos A. Monzón as defense counsel and the record shall reflect that David R. Stickman will represent the defendant in this matter.

**DATED September 1, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**